# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
04/27/2023
**JEFFREY P. COLWELL, CLERK**

Civil Action No. _____

(To be supplied by the court)

Champion D. Muthle , Plaintiff

v.

Public Label, LLC ,

**Jury Trial requested:**
(please check one)
___ Yes ___ No

_____ ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Champion D. Muthle: 2840 Blake St. Apt.129 Denver, CO 80205
(Name and complete mailing address)

720-651-1961    Cmuthle21@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Public Label, LLC 3120 Blake St. Unit A Denver, CO 80205
(Name and complete mailing address)

303-447-7300 brian.kittelson@publiclabelagency.com
(Telephone number and e-mail address if known)

Defendant 2:    Meet The People (Holding Company)
(Name and complete mailing address)

303-447-7300 independentsuite@meet-the-people.com
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✓ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___ Other: (*please specify*) _____

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Workplace Harrassment, Discrimination & Retaliation</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ✓ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

✓ termination of employment      ✓ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✓ race          ____ religion          ____ national origin          ✓ age

✓ color         ✓ sex               ____ disability

Supporting facts:

- Champion Muthle is an African-American male aged 5. (20 years of Experience).

- He was the only African-American male in the Denver office of Public Label

- He was targeted by Discrimination and retaliation after submitting a complaint to HR, which resulted in his wrongful termination.

3

- He is a highly awarded and respected Strategist in Advertising

## E.     ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

   ✓ Yes (***You must attach a copy of the administrative charge to this complaint***)

   ___ No

Have you received a notice of right to sue? (*check one*)

   ✓ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

   ___ No

## F.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

Damages in the amount of: $1.8 million dollars
(Salary + Punitive + Treble Damages)          ($1,800,000)

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____4/22/23_____
(Date)

(Revised February 2022)

4